THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* BEATRICE BYRD, Defendant-Appellant.

(No. 57632;

First District (3rd Division)—October 18, 1973.

PER CURIAM.

557

Sam Adam, Edward M. Genson, and Arnette R. Hubbard, all of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis, Jonathan Gilbert, and Stephen Y. Brodhay, Assistant State's Attorneys, of counsel,) for the People.